UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

**FRANCES LEE**,

    **Plaintiff,**

v.

**JOHNSON & JOHNSON et al**,

    **Defendants.**                    No. 13-cv-147-DRH

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on June 19, 2014, this case is **DISMISSED** with prejudice.

                        **JUSTINE FLANAGAN,**
                        **ACTING CLERK OF COURT**

                      BY:      */s/Caitlin Fischer*
                          **Deputy Clerk**

Dated:   September 12, 2014

Digitally signed by David R. Herndon
Date: 2014.09.12 14:39:03 -05'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT